UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

Ali Taj Bey, *non-resident alien*      Case# 8:17-cv-759T33 MAP
*With regards to the United States,*
Plaintiff,

                                                    CIVIL ACTION
                                                    JURY DEMAND

v.

AMERICAN HONDA FINANCIAL
SERVICES CORPORATION,
Defendant.

**NOTICE OF VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT**
(Preliminary Injunction, Summary Judgment, Costs, and Damages)

**JURISDICTION**

Jurisdiction is under Florida Statutes 671.103, 28 U.S.C. 1335(a)(1),
28 U.S.C. 1352, 48 U.S. Code § 1421b(e)(f)(j), 12 U.S.C. 38,

**PROCEDURAL HISTORY**

COMES NOW Ali Taj Bey, the real party of interest, secured party, sui juris for assumed fictitious name CRAIG ALLEN MYRICK®™ endorsed an installment agreement with Kuhn Honda (*under reservation of rights*), on December 1, 2015. To purchase a 2016 Honda HR-V, VIN 3CZRU5G52GM716717. The installment agreement which is a UCC Article 8-102(9)(i)(iii)(15) security, as it has a maturity date in excess of 9 months. Was assigned to American Honda Financial Services for $27,924.91+$6,936.77 in finance charges, for a total of $34,861.68 with a maturity 72 months.

    After gaining knowledge that a liability was owed to me I demanded the credit be applied to the account: 303678418. In which my demands were dishonored, I was told that AHFS would exercise their right to repossess if I failed to perform. I filed a Finance statement to give public notice of my security interest in the note and vehicle. (See attached). No one has come forward

to rebut my notice. On March 21, 2016 AHFS issued a PAID IN FULL NOTICE, which they breached by dishonor. Which caused an intentional tort and loss of rights, as I was forced to continue payments under protest. To prevent further injury, I seek a preliminary injunction and Declaration of rights.

## STATEMENT OF MATERIAL FACTS

1. THE AFFIANT is not an expert in law. I bring this action in good faith

2. THE AFFIANT affirms that the vehicle was paid off by the buyer's order (note) which was sold at discount, discharging the obligation.

3. THE AFFIANT further affirms that I am entitled to all proceeds from the sale of the note, plus all money paid on account. Set off and recoupment (Florida Statutes 679.340).

4. THE AFFIANT further affirms that remedies set forth in Florida Statutes 517.211, et al. is applicable in this civil action.

5. THE AFFIANT affirms that I am entitled to the title free of all encumbrances, including liens.

6. THE AFFIANT denies that the account balance is $23224.25, unless defendant can produce evidence to the contrary on their books or by sworn declaration.

7. THE AFFIANT affirms that all obligations are obligations of the United States Treasury (18 U.S.C. 8), 12 U.S.C. 95a, and are dischargeable dollar for dollar in lawful money of exchange.

8. THE AFFIANT further affirms that the American people are the creditors, this is evidenced by the FDIC, which guarantees all deposits with the full faith and credit of the United States government. The United States is insolvent and is evidenced by the Emergency Banking Act of 1933 (12 U.S.C. 227), which has not been repealed. Leaving

the American people without any means to pay in lawful money, i.e. gold & silver. So we may only discharge our obligations, dollar for dollar using lawful legal tender.

## COUNT 1

Associations must not loan on or purchase their own stock, Florida Constitution of 1885, ARTICLE IX. TAXATION AND FINANCE. Section 10. The credit of the State shall not be pledged or loaned to any individual, company, corporation or association; nor shall the State become a joint owner or stockholder in any company, association or corporation. The Legislature shall not authorize any county, city, borough, township or incorporated district to become a stockholder in any company, association or corporation, or to obtain or appropriate money for, or to loan its credit to, any corporation, association, institution or individual. National Bank Act – 426 Sec. 5201.

American Honda Financial Services is showing as the lender on the credit report of CRAIG ALLEN MYRICK (see Experian report). AHFS contends that they are the lenders, not the recipient of proceeds of my credit, which remains outstanding. I suffered decline of new credit due to a high debt to income ratio due to AHFS false reporting. Which is prima facie evidence of not only willing but negligent injury.

## COUNT 2

AHFS is in violation of the National Bank Act, for an association to pledge or hypothecate any of its notes, 426 Sec. 5203. What is a money multiplier? The deposit multiplier, also referred to as the expansion multiplier is a function used to describe the amount of money a bank creates in additional money supply through the process of lending the available capital it has in excess of the banks' reserve requirement. The term multiplier refers to the fact that the change in checkable deposits that results from the banks' lending money to borrowers is a multiple of any change in the banks level of reserves. The deposit multiplier is thus inextricably tied to the banks' reserve requirement. http://www.investopedia.com/terms/d/deposit_multiplier.asp

*Hypothecated deposits* - Funds received by the reporting institution that are recorded as deposits generally in accordance with state law and that reflect periodic payments by a borrower on an

installment loan. These payments are accumulated until the sum of the payments equals the entire amount of principal and interest on the loan, at which time the loan is considered paid in full. The amounts received by the reporting institution are not immediately used to reduce the unpaid balance of the note but are assigned to the reporting institution and cannot be reached by the borrower or the borrower's creditors. Hypothecated deposits are not to be reported as reservable deposits. Deposits that simply serve as collateral for loans are not considered hypothecated deposits for purposes of the FR 2900 report. (Source) *Board of Governors of the Federal Reserve System, Instructions for Preparation of Report of Transaction Accounts, Other Deposits, and Vault Cash, Reporting Form FR 2900.* Through AHFS negligence I was deprived of proceeds without due process of law, which constitutes common law injury.

## COUNT 3

AHFS knowingly took the installment agreement (note) without properly crediting my account. In violation of the Florida Constitution Declaration of Rights, No Private property shall be taken for public use without just compensation. In violation of the Federal Reserve Act – 438f. Which caused injury which is remedied by damages awarded.

## COUNT 4

I have tendered many payments to AHFS over the past year, which were refused. Which discharges any obligation up to the amount of the tender under Florida Statutes 673.6031(2)(3). I tendered a payment for $27,079.24 on 03/17/2016, $55,000, $25,450.95 on 08/10/2016, plus interest of $2,490.92, plus $10,700.60 in additional payments on account. Under statute I am entitled to all proceeds from the sale of the note, plus all money paid on account. Set off and recoupment (Florida Statutes 679.340) for a total judgment of $120,721.71 minus costs. Denying

my right to use my exemption to discharge the obligation caused a loss in equity, constituting harm and injury.

Fla. R. Civ. P. 1.610(a) (1) (A) ("immediate and irreparable injury, loss or damage will result before the adverse party can be heard in opposition"). Fed. R. Civ. P. 65(b) ("irreparable injury will result...before the adverse party or that party's attorney can be heard in opposition...."

## PRAYER FOR RELIEF

I pray the honorable court grants the relief sought in this petition, a Judgment for Declaration of Rights to property, Summary Judgment, Preliminary Injunction, costs and any other relief deemed prudent by this court.

"I affirm under penalty of perjury *without the United States* that the foregoing is true, correct and complete. This instrument was Executed on the 30th Day of our Lord, March, Two Thousand Seventeen, A.D.

"Treaty of friendship and Peace of 1787"

By: *[signature]*
Ali Taj Bey, UCC 1-308
c/o 4509 Castaway Drive, #3
East-Tunis, North Amexem, near [33615]
(862)224-8279, mylife180@gmail.com